UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Susana Pinko

Case No.: 17-29030
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __January 22, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
31 Adams Drive
Belle Mead, New Jersey
Valued at $670,000.00

Liens on property:
Bank of America, $355,518.00
Seterus, $365,369.00
Real estate taxes, $16,269.00
Federal Tax Lien, $74,034.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-29030-MBK
Susana M. Pinko                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 2           Date Rcvd: Dec 20, 2017
                             Form ID: pdf905        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
```
db           +Susana M. Pinko,    31 Adams Drive,    Belle Mead, NJ 08502-4618
cr           +Seterus, Inc., authorized subservicer for Federal,     P.O. Box 1047,   Hartford, CT 06143-1047
517075186    +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517075187    +Barclay Card,    PO Box 130,    Clifton Heights, PA 19018-0130
517075188    +Best Buy,   Retail Services,    PO Box 17298,    Baltimore, MD 21297-1298
517075189    +Bloomingdale's,    PO Box 78008,    Phoenix, AZ 85062-8008
517075191    +Comenity - Talbots,    PO Box 659617,    San Antonio, TX 78265-9617
517075192    +Comenity - Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
517075194    +Dress Barn,    PO Box 659704,    San Antonio, TX 78265-9704
517075201    +Lord & Taylor,    PO Box 8077,    Lorain, OH 44055-8077
517075202    +Macy's,    PO Box 8217,    Mason, OH 45040-8217
517075204    +Montgomery Township Tax Collector,     2261 Route 206,   Belle Mead, NJ 08502-4012
517075206   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,    Divison of Taxation, Bankruptcy Unit,
               50 Barrack Street,    PO Box 245,    Trenton, NJ 08695)
517075205    +Seterus,    PO Box 11790,    Newark, NJ 07101-4790
517075209   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Financial Services,    PO Box 371339,   Pittsburgh, PA 15250)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2017 22:39:45     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2017 22:39:43      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517075190    +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 22:38:20     Care Credit,    PO Box 960061,
               Orlando, FL 32896-0061
517075193    +E-mail/PDF: creditonebknotifications@resurgent.com Dec 20 2017 22:38:09      Credit One Bank,
               PO box 60500,   City Of Industry, CA 91716-0500
517075195    +E-mail/Text: cio.bncmail@irs.gov Dec 20 2017 22:39:22     Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
517075197    +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 22:38:20     JC Penney,    PO Box 981131,
               El Paso, TX 79998-1131
517075198    +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 20 2017 22:39:16      Kohl's,   PO Box 2983,
               Milwaukee, WI 53201-2983
517075199    +E-mail/Text: bk@lendingclub.com Dec 20 2017 22:40:05     Lending Club,
               71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
517075203     E-mail/Text: bkr@cardworks.com Dec 20 2017 22:39:12     Merrick Bank,    PO Box 5721,
               Hicksville, NY 11802
517078244    +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 22:38:37     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517075207    +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 22:38:37     Synchrony Bank/Amazon,
               PO Box 960013,   Orlando, FL 32896-0013
517075208    +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 22:38:04     TJX Rewards/Syncb,
               PO Box 530949,   Atlanta, GA 30353-0949
517075211    +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 22:38:37     Walmart Credit Card,
               PO Box 530927,   Atlanta, GA 30353-0927
                                                                                              TOTAL: 13
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517075196*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517075200*    +Lending Club,    71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
517075210*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit Corp.,    PO Box 17187,   Baltimore, MD 21297)
                                                                                     TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3           User: admin              Page 2 of 2               Date Rcvd: Dec 20, 2017
                               Form ID: pdf905          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
          Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Michael   Schwartzberg    on behalf of Debtor Susana M. Pinko michael@jerseylaws.com
          Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor   Seterus, Inc., authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```