**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Susana M. Pinko | Social Security number or ITIN   xxx–xx–1949 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–29030–MBK | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Susana M. Pinko
fka Susana M. Cohn

12/22/17

**By the court:**   Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                 United States Bankruptcy Court
                                        District of New Jersey

In re:                                                                        Case No. 17-29030-MBK
Susana M. Pinko                                                               Chapter 7
          Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2               Date Rcvd: Dec 22, 2017
                               Form ID: 318                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
db             +Susana M. Pinko,    31 Adams Drive,    Belle Mead, NJ 08502-4618
cr             +Seterus, Inc., authorized subservicer for Federal,    P.O. Box 1047,    Hartford, CT 06143-1047
517075189      +Bloomingdale's,    PO Box 78008,   Phoenix, AZ 85062-8008
517075201      +Lord & Taylor,    PO Box 8077,   Lorain, OH 44055-8077
517075204      +Montgomery Township Tax Collector,    2261 Route 206,    Belle Mead, NJ 08502-4012
517075206     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Divison of Taxation, Bankruptcy Unit,
                 50 Barrack Street,   PO Box 245,   Trenton, NJ 08695)
517075205      +Seterus,   PO Box 11790,    Newark, NJ 07101-4790

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2017 22:15:46      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2017 22:15:42      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517075186      +EDI: BANKAMER.COM Dec 22 2017 21:58:00      Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
517075187      +EDI: TSYS2.COM Dec 22 2017 21:58:00      Barclay Card,   PO Box 130,
                 Clifton Heights, PA 19018-0130
517075188      +EDI: HFC.COM Dec 22 2017 21:58:00      Best Buy,   Retail Services,    PO Box 17298,
                 Baltimore, MD 21297-1298
517075190      +EDI: RMSC.COM Dec 22 2017 21:58:00      Care Credit,   PO Box 960061,    Orlando, FL 32896-0061
517075191      +EDI: WFNNB.COM Dec 22 2017 21:58:00      Comenity - Talbots,    PO Box 659617,
                 San Antonio, TX 78265-9617
517075192      +EDI: WFNNB.COM Dec 22 2017 21:58:00      Comenity - Victoria's Secret,    PO Box 659728,
                 San Antonio, TX 78265-9728
517075193      +EDI: RCSFNBMARIN.COM Dec 22 2017 21:58:00      Credit One Bank,    PO box 60500,
                 City Of Industry, CA 91716-0500
517075194      +EDI: WFNNB.COM Dec 22 2017 21:58:00      Dress Barn,   PO Box 659704,
                 San Antonio, TX 78265-9704
517075195      +EDI: IRS.COM Dec 22 2017 21:58:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517075197      +EDI: RMSC.COM Dec 22 2017 21:58:00      JC Penney,   PO Box 981131,    El Paso, TX 79998-1131
517075198      +EDI: CBSKOHLS.COM Dec 22 2017 21:58:00      Kohl's,   PO Box 2983,    Milwaukee, WI 53201-2983
517075199      +E-mail/Text: bk@lendingclub.com Dec 22 2017 22:16:20      Lending Club,
                 71 Stevenson, Suite 300,   San Francisco, CA 94105-2985
517075202      +EDI: TSYS2.COM Dec 22 2017 21:58:00      Macy's,   PO Box 8217,    Mason, OH 45040-8217
517075203       EDI: MERRICKBANK.COM Dec 22 2017 21:58:00      Merrick Bank,   PO Box 5721,
                 Hicksville, NY 11802
517078244      +EDI: RMSC.COM Dec 22 2017 21:58:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517075207      +EDI: RMSC.COM Dec 22 2017 21:58:00      Synchrony Bank/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
517075208      +EDI: RMSC.COM Dec 22 2017 21:58:00      TJX Rewards/Syncb,    PO Box 530949,
                 Atlanta, GA 30353-0949
517075209       EDI: TFSR.COM Dec 22 2017 21:58:00      Toyota Financial Services,    PO Box 371339,
                 Pittsburgh, PA 15250
517075210       EDI: TFSR.COM Dec 22 2017 21:58:00      Toyota Motor Credit Corp.,    PO Box 17187,
                 Baltimore, MD 21297
517075211      +EDI: RMSC.COM Dec 22 2017 21:58:00      Walmart Credit Card,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517075196*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517075200*     +Lending Club,   71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 22, 2017
                              Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
          Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Michael   Schwartzberg    on behalf of Debtor Susana M. Pinko michael@jerseylaws.com
          Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor   Seterus, Inc., authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```